| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |
|---|---|---|

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| V. | § | CASE NO. 4:14-CR-176 |
| | § | |
| JAMISON ROSS ELLIS | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On January 22, 2016, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Opposed Motion to Withdraw Defendant's Plea (#74) be DENIED.

No objections having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court. It is accordingly

**ORDERED** that Defendant's Opposed Motion to Withdraw Defendant's Plea (#74) is **DENIED**.

SIGNED at Sherman, Texas, this 8th day of February, 2016.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE