| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| *versus* | § | CASE NO. 4:14-CR-176(1) |
| | § | |
| JAMISON ROSS ELLIS | § | |

**MEMORANDUM AND ORDER**

On February 10, 2017, Defendant Jamison Ross Ellis ("Ellis") filed his *pro se* Motion to Supplement the Record (#112) for purposes of appeal. Ellis's motion does not bear the signature of his court-appointed counsel, Mr. Robert Arrambide, or a certificate of service indicating that he sent a copy of his motion to any counsel of record herein. Additionally, Ellis's appellate counsel has informed the court that he does not adopt the Ellis's *pro se* motion. Without the approval of or the adoption of the motion by defense counsel, Ellis is not permitted to file *pro se* pleadings.[1] A "criminal defendant does not have the right . . . to a 'hybrid representation,' partly by counsel and partly by himself." *United States v. Daniels*, 572 F.2d 535, 540 (5th Cir. 1978); *accord Batchelor v. Cain*, 682 F.3d 400, 411 n.5 (5th Cir. 2012); *United States v. Long*, 597 F.3d 720, 724 (5th Cir.), *cert. denied*, 561 U.S. 1034 (2010); *United States v. Cano*, 519 F.3d 512, 516 (5th Cir. 2008); *United States v. Ogbonna*, 184 F.3d 447, 449 n.1 (5th Cir.), *cert. denied*, 528 U.S. 1055 (1999) (citing *Myers v. Johnson*, 76 F.3d 1330, 1335 (5th Cir. 1996)). Therefore,

---

[1] The United States Court of Appeals for the Fifth Circuit has instructed Ellis that any communications and motions must come through his attorney of record in this matter. *Letter of Advisement*, *Ellis v. United States*, No. 16-40490 (5th Cir. Jan. 27, 2017); *Letter of Advisement*, *Ellis v. United States*, No. 16-40490 (5th Cir. Jan. 18, 2017).

the court will not consider Ellis's motion. Accordingly, it is ordered that Ellis's motion to supplement be stricken from the record.

**Signed this date**

**Feb 17, 2017**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE